1  BENJAMIN B. WAGNER
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00153 TLN |
|---|---|
12 | Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | JOHN K. CABRERA, | DATE: September 24, 2015<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |
15 | Defendant. | |

16
17                              **STIPULATION**

18     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
19  through defendant's counsel of record, hereby stipulate as follows:
20     1.    By previous order, this matter was set for status on September 24, 2015.
21     2.    By this stipulation, defendant now moves to continue the status conference until October
22  1, 2015, and to exclude time between September 24, 2015, and October 1, 2015, under Local Code T4.
23     3.    The parties agree and stipulate, and request that the Court find the following:
24         a)    The government has represented that the discovery associated with this case
25  includes hundreds of pages of documents, photographs, and discs containing video and audio
26  recordings. All of this discovery has been either produced directly to counsel and/or made
27  available for inspection and copying.
28         b)    Counsel for defendant desires additional time to review the current charge, to

review discovery, to discuss potential resolution with his client, and to otherwise prepare for trial.

   c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 24, 2015 to October 1, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  September 17, 2015       BENJAMIN B. WAGNER
                  United States Attorney

                  /s/ ROSANNE L. RUST
                  ROSANNE L. RUST
                  Assistant United States Attorney

Dated:  September 17, 2015       /s/ MICHAEL PETRIK
                  Michael Petrik
                  Counsel for Defendant
                  JOHN K. CABRERA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of September, 2015.

_____
THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE