HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-153 TLN |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 15, 2015, AT 9:30 A.M. |
| v. | ) ) | |
| JOHN K. CABRERA, | ) ) | Date:   October 1, 2015 Time:   9:30 a.m. |
| Defendant. | ) ) | Judge:  Hon. Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 1, 2015, at 9:30 a.m., to October 15, 2015, at 9:30 a.m.

Defense counsel requires the continuance to consult with his client about discovery, and to conduct investigation. Defense counsel also requires further time to meet and confer with the government in an effort to resolve this case.

Counsel and the defendant agree that the Court should exclude the time from today through October 15, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Stipulation to Continue                          -1-                                 2:15-cr-153 TLN

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: September 28, 2015

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

/s/ M.Petrik_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for John K. Cabrera

DATED: September 28, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for_____
ROSANNE RUST
Assistant U.S. Attorney

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for October 15, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 15, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: September 28, 2015

_____
Troy L. Nunley
United States District Judge