HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-CR-153-TLN |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 22, 2015, AT 9:30 A.M. |
| v. | ) ) | |
| JOHN K. CABRERA, | ) ) | Date:   October 15, 2015 Time:   9:30 a.m. |
| Defendant. | ) ) | Judge:  Hon. Troy L. Nunley |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for October 15, 2015, at 9:30 a.m., to October 22, 2015, at 9:30 a.m.

Defense counsel requires the continuance to consult with his client about discovery, and to conduct investigation.  The government will produce new discovery this week.  Defense counsel also requires further time to meet and confer with the government in an effort to resolve this case.

Counsel and the defendant agree that the Court should exclude the time from today through October 22, 2015, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

Stipulation and Order to Continue                   -1-                    2:15-cr-153 TLN

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

DATED: October 13, 2015         Respectfully submitted,
                                HEATHER E. WILLIAMS

                                Federal Defender

                                /s/ M.Petrik_____
                                MICHAEL PETRIK, Jr.
                                Assistant Federal Defender
                                Attorneys for John K. Cabrera

DATED: October 13, 2015         BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ M.Petrik for_____
                                ROSANNE RUST
                                Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendants in a speedy trial.

The Court orders the status conference rescheduled for October 22, 2015, at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 22, 2015, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7), and Local Code T4.

DATED: October 13, 2015

Troy L. Nunley
United States District Judge