HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOHN K. CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:15-cr-00153-TLN |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE; ORDER |
| vs. | ) |
| JOHN K. CABRERA, | ) Date: December 17, 2015<br>) Time: 9:30 A.M. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney, through Rosanne L. Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, attorney for John K. Cabrera, that the status conference scheduled for December 17, 2015, may be continued to February 18, 2016 at 9:30 a.m.

Defense counsel requires additional time to review discovery with the defendant, continue defense investigation, and continue plea negotiations.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including February 18, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

///

| | | |
|---|---|---|
| 1 | DATED: December 4, 2015 | Respectfully submitted, |
| 2 | | |
| 3 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | |
| 5 | | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender |
| 6 | | Attorneys for Defendant<br>JOHN K. CABRERA |
| 7 | | |
| 8 | | |
| 9 | DATED: December 4, 2015 | BENJAMIN B. WAGNER<br>United States Attorney |
| 10 | | |
| 11 | | */s/ Rosanne L. Rust*<br>ROSANNE L. RUST<br>Assistant U.S. Attorney |
| 12 | | Attorney for Plaintiff |

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial. The Court orders the time from the date the parties stipulated, up to and including February 18, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the December 17, 2015 status conference shall be continued until February 18, 2016, at 9:30 a.m.

Dated: December 7, 2015

Troy L. Nunley
United States District Judge