BENJAMIN B. WAGNER
United States Attorney
ROSANNE RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: 916-554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN K. CABRERA,<br><br>Defendant. | CASE NO. 2:15-CR-00153 GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 25, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through the defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for change of plea on March 25, 2016.

2. By this stipulation, the government now moves to continue the change of plea hearing until April 1, 2016, and to exclude time between March 25, 2016, and April 1, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The additional time requested is necessary for preparation and the scheduling convenience of the parties.

   b) Defense counsel is working to prepare, including by investigating potential psychological issues.

   c) Counsel for the government is likewise preparing for the change of plea.

STIPULATION AND [PROPOSED] ORDER                1

Government counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The defendant does not object to and joins the request for a continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 25, 2016 to April 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at a party's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 23, 2016                                      BENJAMIN B. WAGNER
                                                                     United States Attorney

                                                                     /s/ *Rosanne Rust*
                                                                   ROSANNE RUST
                                                                     Assistant United States Attorney


Dated:  March 23, 2016                                      */s/ Rosanne Rust for Jerome*
                                                                     *Price with permission*

                                                                   JEROME PRICE
                                                                   Counsel for Defendant
                                                                   JOHN K. CABRERA

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  March 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge