HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JOHN K. CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:15-cr-00153-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | |
| JOHN K. CABRERA, | Date: June 24, 2016 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Rosanne Rust, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for  John K. Cabrera that the sentencing hearing, currently scheduled for June 24, 2016, **be continued to September 23, 2016 at 9:00 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

| | |
|---|---|
| The proposed Presentence Report shall be disclosed to counsel no later than: | 8/12/16 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | 8/26/16 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 9/2/16 |

| | | |
|---|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | | 9/9/16 |
| Reply, or Statement of Non-Opposition: | | 9/16/16 |
| Judgment and Sentencing Date: | | 9/23/16 |

This continuance is necessary to accomplish defense counsel's need to obtain additional mitigation evidence in preparation for the sentencing hearing and probation's need to consider that evidence and possibly incorporate it into the Presentence Investigation Report. Given scheduling conflicts, the parties agree that a date of September 23, 2016 provides enough time to accomplish these ends and represents the best next date for the sentencing hearing. Probation is aware of this stipulation and has no objection.

Dated:  May 23, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for JOHN K. CABRERA

Dated: May 23, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Rosanne Rust*
ROSANNE RUST
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the June 24, 2016 sentencing hearing continued to September 23, 2016 at 9:00 a.m. It is further ordered that any formal objections and sentencing memoranda are now due on September 9, 2016 and any replies are now due on September 16, 2016.

Dated: May 24, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge