HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JOHN K. CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00153-GEB |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | ) ) | |
| JOHN K. CABRERA, | ) ) | Date: October 28, 2016 Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for John K. Cabrera that the sentencing hearing, currently scheduled for October 28, 2016, **be continued to December 2, 2016 at 9:00 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

| | |
|---|---|
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 11/18/16 |
| Reply, or Statement of Non-Opposition: | 11/25/16 |
| Sentencing Memorandum: | 11/25/16 |
| Judgment and Sentencing Date: | 12/2/16 |

1  This continuance is necessary to give defense counsel time to draft formal objections to the
2  Presentence Report in preparation for the sentencing hearing. Given scheduling conflicts, the
3  parties agree that a date of December 2, 2016 provides enough time to accomplish these ends and
4  represents the best next date for the sentencing hearing. Probation is aware of this stipulation and
5  has no objection.

Dated:  October 14, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for JOHN K. CABRERA

Dated: October 14, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the October 28, 2016 sentencing hearing continued to December 2, 2016 at 9:00 a.m. It is further ordered that any formal objections are now due on November 18, 2016 and any replies and sentencing memoranda are now due on November 25, 2016.

Dated:  October 17, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge