HEATHER E. WILLIAMS, #122664
Federal Defender
JEROME PRICE, #282400
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
jerome_price@fd.org

Attorney for Defendant
JOHN K. CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:15-cr-00153-GEB |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING & BRIEFING SCHEDULE** |
| vs. | ) ) | |
| JOHN K. CABRERA, | ) ) | Date: December 2, 2016
Time: 9:00 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Garland E. Burrell |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney, through, Roger Yang, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Jerome Price, attorney for John K. Cabrera that the sentencing hearing, currently scheduled for December 2, 2016, **be continued to January 6, 2017 at 9:00 a.m.** The parties further stipulate that the briefing schedule be modified as follows:

Sentencing Memorandum:                               12/30/16

Judgment and Sentencing Date:                       1/6/17

This continuance is requested to give defense counsel time to draft the sentencing memorandum in preparation for the sentencing hearing, and review with Mr. Cabrera prior to filing. The parties agree that a date of January 6, 2017 provides enough time to accomplish these ends and

represents the best next date for the sentencing hearing. Probation is aware of this stipulation and has no objection.

Dated: November 23, 2016

Respectfully submitted,
HEATHER E. WILLIAMS
Federal Defender

*/s/ Jerome Price*
JEROME PRICE
Assistant Federal Defender
Attorney for JOHN K. CABRERA

Dated: November 23, 2016

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Roger Yang*
ROGER YANG
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court orders the December 2, 2016 sentencing hearing continued to January 6, 2017 at 9:00 a.m.  It is further ordered that any replies and sentencing memoranda are now due on December 30, 2016.

Dated:  November 28, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge